2024R00291/BL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 24-CR-656 |
| JACOB BEACHER | : | 18 U.S.C. § 247(a)(2) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**(Damage to Religious Property)**

1. At all times relevant to this Information, unless otherwise stated:

    a. Defendant Jacob Beacher ("BEACHER") resided in and around North Plainfield, New Jersey.

    b. The Center for Islamic Life at Rutgers University (the "CILRU") is a religious organization located in New Brunswick, New Jersey.

2. On or about April 10, 2024, at approximately 2:39 a.m., during the Eid-al-Fitr[1] holiday, video surveillance footage showed BEACHER walking toward the rear door of the CILRU. Soon after, at approximately 2:41 a.m.[2], an intruder, later determined to be BEACHER, forcibly entered the CILRU through its back door.

---

[1] Muslims worldwide celebrate Eid-al-Fitr because it marks the end Ramadan, the ninth and holiest month of the Muslim calendar, which Muslims observe as a month of fasting, prayer, studying, and reflection.

[2] The doors to various buildings at Rutgers, including the CILRU, utilize a swipe pad system that documents when a door is opened and closed.

Specifically, BEACHER broke a glass pane on the door, pushed through a piece of plexiglass that was affixed to the interior side of the door, and then manually opened the door from the inside by reaching through the broken glass to unlatch a deadbolt lock.

3. Once inside the CILRU, BEACHER damaged the CILRU's property, including several religious artifacts, such as Turbah prayer stones[3] and numerous items that contained holy language from the Qur'an, Islam's sacred scripture. A current estimate of the damage that BEACHER caused is approximately $19,345.10. BEACHER also stole a Palestinian flag and at least one charity box belonging to the CILRU.

4. At approximately 3:05 a.m., BEACHER exited the CILRU using the same back door. Less than one minute later, at approximately 3:06 a.m., video surveillance captured BEACHER pacing the area by the Rutgers Student Center (the "Student Center"), which is approximately 75 to 100 feet from the CILRU. Then at approximately 3:09 a.m., BEACHER used his bicycle to go from the Student Center toward Buccleuch Park in New Brunswick.

5. The damage BEACHER caused was first discovered that same day, at approximately 4:26 a.m., when a Rutgers employee was walking past the CILRU. Because the damage was extensive, the CILRU's chaplain canceled all Eid-al-Fitr religious celebrations that were scheduled, and the CILRU remained closed on April 11, 2024, and April 12, 2024.

---

[3] Turbah prayer stones are clay stones on which Muslims prostrate during prayer.

6.  On or about April 10, 2024, in Middlesex County, in the District of New Jersey, and elsewhere, the defendant,

**JACOB BEACHER,**

did intentionally obstruct and attempt to obstruct, by force and threat of force, persons in the enjoyment of their free exercise of religious beliefs, and such offense was in and affected interstate and foreign commerce. Damage and destruction of property in excess of $5,000 resulted from of the acts committed by the defendant.

In violation of Title 18, United States Code, 247(a)(2).

PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 24- CR-656

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JACOB BEACHER**

# INFORMATION FOR

## 18 U.S.C. § 247(a)(2)

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

BENJAMIN LEVIN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2762