UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 24-CR-656 |
| JACOB BEACHER | : | **WAIVER OF INDICTMENT** |

    I, Jacob Beacher, the above-named defendant, who is charged with damage to religious property, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on October 9, 2024 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jacob Beacher
Defendant

_____
Jonathan Marshall, Esq.
Counsel for Defendant

Before: _____
HONORABLE Robert Kirsch
United States District Judge