# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: APRIL 1, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:   **CRIMINAL NO.  24-CR-656-1 (RK)**

UNITED STATES OF AMERICA
v.
JACOB BEACHER
            DEFENDANT PRESENT

**APPEARANCES**:

Benjamin Levin, AUSA for the Government

Jonathan Marshall, Esq., counsel for the Defendant

Allison Slater, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNT 1 OF THE INFORMATION

Imprisonment: 6 months.

Supervised Release: 1 year, with special conditions.

Special Assessment:  $100.

Fine:  Waived.

Restitution:  $19,345.10.

Defendant advised of right to appeal.

Defendant released.

**Time Commenced:**   10:38 a.m.
**Time Adjourned**:   12:11 p.m.
**Total Time**:   1 hour 33 minutes

                                                                          s/ *Patricia Markey*
                                                                          DEPUTY CLERK